May 31, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

AUSTIN TAYLOR PROFFIT, Appellant

NO. 14-12-00332-CR                    V.
NO. 14-12-00334-CR

THE STATE OF TEXAS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment by the court below. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.